UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

VION OPERATIONS LLC,

Case No. 1:11-cv-01493        (JO)

Plaintiff,

- against -

**JUDGMENT**

AMERICHOICE MEDICAL, P.C. and
ROBERT DELLA BADIA, M.D.,

Defendants.

------------------------------------------------------------------- x

**IT IS**, on this __5th__ day of February, 2013, hereby

**ORDERED** that judgment is entered in favor of plaintiff Vion Operations, LLC ("Plaintiff") and against defendants, Americhoice Medical, P.C. and Robert Della Badia, M.D., jointly and severally, in the amount of SIX HUNDRED FORTY FIVE THOUSAND AND 00/100 DOLLARS ($645,000.00), plus post-judgment interest at the rate of nine percent (9%) per annum from this date; and further

**ORDERED** that the Clerk of the Court enter this judgment in accordance with the foregoing, and that Plaintiff have execution thereon without further proceedings pursuant to court rules.

s/ James Orenstein
_____
JAMES ORENSTEIN,
U.S. Magistrate Judge